RYAN POWERS, ESQ. (CA Bar No. 291784)
5807 Fayette Street
Los Angeles, CA 90042
Telephone: (323) 487-0383
Fax: (323) 487-0384
ryan@ryanpowerslaw.com

*Attorney for Plaintiffs*
SUZANNE PERRY and LOVE SPIRALS DOWNWARDS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SUZANNE PERRY, an individual, LOVE SPIRALS DOWNWARDS, a California General Partnership

Plaintiff,

vs.

RYAN LUM, an individual

Defendant.

Case No. 2:26-cv-08617-SK

Hon. John F. Walter

**DECLARATION OF LEAD TRIAL COUNSEL FOR PLAINTIFFS PER STANDING ORDER OF THE COURT**

Complaint Filed: August 4, 2026
Answer Filed: TBD

**DECLARATION OF RYAN W. POWERS**

I, Ryan W. POWERS, an attorney duly admitted to practice law by the State of California, declare as follows:

1. I am counsel for Plaintiffs Plaintiffs Suzanne Perry ("Perry") and Love Spirals Downwards ("LSD") (collectively, "Plaintiffs") in the above captioned action ("Action").
2. I respectfully submit this Declaration of Lead Trial Counsel for Plaintiffs Per The Standing Order of the Court in compliance with Local Rules and pursuant to Section 3 of this Court's Standing Order (Dckt 10).
3. I am the lead trial counsel for the Plaintiffs in this Action.
4. I am registered as an "CM/ECF User" with the United States District Court for the Central District of California.
5. My Email Address of Record is ryan@ryanpowerslaw.com. Pursuant to the Federal Rules of Civil Procedure and Local Rules, I have consented to the service and receipt of filed documents by electronic means through the CM/ECF system in this Action.
6. I have read the Court's Standing Order (Dckt 10) and Local Rules.
7. The facts stated herein are stated of my own personal knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

Dated: September 14, 2026

By: /Ryan Powers/
Ryan Powers

*Attorney for Plaintiffs*